```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/29/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW BRACKEN,

                Plaintiff,

        v.

MH PILLARS INC. d/b/a PAYZA,

                Defendant.

No. 15-CV-7302 (RA)

ORDER TO SHOW CAUSE FOR
DEFAULT JUDGMENT

---

RONNIE ABRAMS, United States District Judge:

On May 26, 2017, the Clerk of Court entered a certificate of default against Defendant MH Pillars Inc., and on June 7, 2017 Plaintiff moved for a default judgment against Defendant. Dkts. 48–49. Upon consideration of these documents and the supporting Affirmation of Dayton Haigney it is hereby:

ORDERED that Plaintiff shall serve a copy of the motion for default judgment, any supporting papers, and this Order by July 13, 2017 on the Defendant by the methods described in Rule 4 of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that answering papers, if any, should be served upon Plaintiff by July 27, 2017.

IT IS FURTHER ORDERED that Defendant show cause at a conference to be held on August 4, 2017 at 12:00 p.m., in Courtroom 1506 of the U.S. District Court for the Southern District of New York, 40 Foley Square, New York, New York., why a default judgment should

not be entered in favor of Plaintiff for the relief requested in the Complaint.

SO ORDERED.

Dated:   June 29, 2017
         New York, New York

_____
Ronnie Abrams
United States District Judge